LISA M. RICE, State Bar No. 177898
lrice@wfbm.com
KATIE A. STRICKLIN, State Bar No. 240295
kstricklin@wfbm.com
AMRIT K. DHALIWAL, State Bar No. 309774
adhaliwal@wfbm.com
WFBM, LLP
Attorneys at Law
One City Boulevard West, Fifth Floor
Orange, California 92868-3677
Telephone: (714) 634-2522
Facsimile: (714) 634-0686

Attorneys for Defendant
AUROBINDO PHARMA USA, INC..
erroneously sued as AUROBINDO PHARMA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA GUESS,<br><br>Plaintiff,<br><br>v.<br><br>AUROBINDO PHARMA and DOES 1 TO 100,<br><br>Defendants. | Case No.<br><br>[Los Angeles County Superior Court Case No. 19STCV28075]<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT UNDER 28 U.S.C. SECTIONS 1332 and 1441 (DIVERSITY); DECLARATION OF AMRIT K. DHALIWAL** |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. section 1441, Defendant AUROBINDO PHARMA USA, INC., erroneously sued and served as AUROBINDO PHARMA ("Aurobindo") hereby removes the state court action described below to this Court. The grounds for removal are as follows:

1. On August 12, 2019, Plaintiff RHONDA GUESS ("Plaintiff") commenced an action against defendant AUROBINDO PHARMA in the California Superior Court for the County of Los Angeles, entitled *Rhonda Guess vs. Aurobindo*

5505218.1
4453-3.5733

NOTICE OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT UNDER 28 U.S.C. SECTIONS 1332 and 1441 (DIVERSITY); DECLARATION OF MICHAEL MCCALL

*Pharma, et al.,* Case No. 19STCV28075. On February 8, 2021, Plaintiff filed a First Amended Complaint ("FAC") against defendant Aurobindo. A true and correct copy of the FAC received by Defendant in the state court action is attached as **Exhibit A** to the Declaration of Amrit K. Dhaliwal ¶ 2.

2. Plaintiff served Aurobindo with the FAC and Summons on February 17, 2021 through personal service. A true and correct copy of the Proof of Service of the FAC and Summons on Aurobindo is attached as **Exhibit B** to the Declaration of Amrit K. Dhaliwal ¶ 3. This Notice of Removal is filed within 30 days from the date upon which Aurobindo was served, and is within the time for removal provided by law. *See* 28 U.S.C. § 1446(b)(2)(B).

3. This is a civil action of which this Court has original jurisdiction under 28 U.S.C. section 1332, and is one which may be removed to this Court by Aurobindo pursuant to the provisions of 28 U.S.C. Section 1441, in that it is an action in which the amount in controversy exceeds $75,000 and Plaintiff and Aurobindo are citizens of different states.

## AMOUNT IN CONTROVERSY REQUIREMENT IS SATISFIED

4. This action is one which this Court has original jurisdiction pursuant to 28 U.S.C. section 1332, and the entire action is subject to removal under 28 U.S.C. section 1441(b) on the following grounds: the parties, named and served, are citizens of different states, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs. Plaintiff's FAC alleges causes of action for products liability and negligence against Aurobindo. Plaintiff claims she sustained injuries and was hospitalized as a result of her purported use of Aurobindo's Sulfamethoxazole, a generic version of Bactra or Septra, on August 8, 2019. As such, Plaintiff seeks compensatory damages in the amount of $500,000.00, as well as punitive damages.

5. A defendant may remove a case to federal court, if it is "facially apparent" from the allegations of the complaint that the amount in controversy will exceed $75,000.00. 28 U.S.C. 1446(c)(2); *Luckett v. Delta Airlines*, 171 F.3d 295,

-2-
NOTICE OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT UNDER 28 U.S.C. SECTIONS 1332 and 1441 (DIVERSITY); DECLARATION OF MICHAEL MCCALL

5505218.1
4453-3.5733

298 (5th Cir. 1999); *see also White v. FCI USA, Inc.*, 319 F.3d 672, 674 (5th Cir. 2003) (holding that it was "facially apparent" that the amount in controversy requirement was satisfied where the complaint contained wrongful termination allegations showing a lengthy list of compensatory and punitive damages).  Within the FAC, Plaintiff seeks damages in the amount of $500,000.00.  This amount is in excess of the minimum jurisdictional limit.  In addition, Plaintiff also seeks punitive damages.  While Aurobindo contends the punitive damages claim is improper in light of the causes of actions alleged and the facts of the case, Plaintiff's claim for punitive damages – in addition to the compensatory damages sought within her FAC – places the amount in controversy over $75,000.  *See Gibson v. Chrysler Corp*., (9th Cir. 2001) 261 F.3d 927, 945.  It cannot be said to a legal certainty that Plaintiff would not be entitled to recover the jurisdictional amount.

## DIVERSITY OF CITIZENSHIP EXISTS

6. There is complete diversity between Plaintiff and Aurobindo.

7. For diversity purposes, "a corporation is a citizen of (1) the state under whose laws it is organized or incorporated; and (2) the state of its 'principal place of business.' 28 U.S.C § 1332 (c)(1)." *Davis v. HSBC Bank Nevada*, N.A., 557 F.3d 1026, 1028 (9th Cir. 2009).  To determine a corporation's principal place of business, Federal courts must utilize the "nerve center" test, a corporation's principal place of business is "the place where the corporation's high level officers direct, control, and coordinate the corporation's activities." *Id*.  Per the United States Supreme Court, a corporation's nerve center "should normally be the place where the corporation maintains its headquarters – provided that the headquarters is the actual center of direction, control and coordination." *Id*.

8. Based on information and belief, Plaintiff, at the time of filing the state court action, was and still is, residing in Lomita, California at 1802 262nd Street, Unit 149, Lomita, CA 90717.

9. Aurobindo. was, at the time of filing of the state court action, and still is,

5505218.1
4453-3.5733

-3-
NOTICE OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT UNDER 28 U.S.C.
SECTIONS 1332 and 1441 (DIVERSITY); DECLARATION OF MICHAEL MCCALL

WALSWORTH
ONE CITY BOULEVARD WEST, FIFTH FLOOR
ORANGE, CALIFORNIA 92868-3677
TEL (714) 634-2522 • FAX (714) 634-0686

a corporation organized under the laws of the State of Delaware, with its principal place of business located at 279 Princetown Hightstown Road, East Windsor, New Jersey 08520.  Declaration of Amrit K. Dhaliwal ¶ 4.

10. Accordingly, the diversity of citizenship requirement under 28 U.S.C. Section 1332 is satisfied.

## FICTITIOUS DOE DEFENDANTS

11. Defendant Does 1 through 100, inclusive, are wholly fictitious. The Complaint does not set forth the identity or status of any said fictitious defendants. The naming of said fictitious defendants does not destroy the diversity of citizenship between the parties in this action and is to be disregarded.  28 U.S.C. §1441(b)(1); *Newcombe v. Adolf Coors Co.* (9th Cir. 1998) 157 F.3d 686, 690-91.  Further, 28 U.S.C. section 1441(b)(2) permits removal based on diversity only if none of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought. 28 U.S.C. §1441(b)(2).  Thus, the citizenship of a defendant who has not been served, such as Does 1 through 100, inclusive, can be ignored for purposes of determining whether diversity jurisdiction exists. *Republic Western Ins. Co. v. International Ins. Co.* (N.D. Cal. 1991) 765 F.Supp. 628, 629. Here, no defendant, other than Aurobindo, has been served at the time of the filing of the instant removal.  Accordingly, the mere fact the FAC references fictitious defendants does not destroy diversity jurisdiction and does not preclude this action from being properly removed to this Court.

12. The attached exhibits constitute all processes, pleadings, and orders served upon defendants in this matter.

## OTHER REQUIREMENTS OF REMOVAL ARE MET

13. This Notice of Removal is being filed within 30 days of the service becoming effective on Aurobindo and within 30 days of Aurobindo receiving a copy of a pleading, motion, or order from which it first may be ascertained that the case has become removable.  Removal is also timely because this Notice of Removal is filed

not more than one year after the action was commenced in the state court. *See* 28 U.S.C. section 1446(b).

14. Because complete diversity exists between Plaintiff and Aurobindo, and the amount in controversy allegedly exceeds the jurisdictional amount set by 28 U.S.C. section 1332, this Court is vested with subject matter jurisdiction over this action.

15. Removal to this Court is also proper under 28 U.S.C. section 1441(a) because the California Superior Court for the County of Orange is geographically located within this Court's district.

16. Counsel for Aurobindo certifies that it will file a copy of this Notice of Removal with the Clerk of the Superior Court of the State of California, County of Los Angeles, and give notice of the removal to counsel for Plaintiff.

WHEREFORE, Aurobindo prays this action be removed to the United States District Court for the Central District of California.

Dated:  March 18, 2021          WFBM, LLP

By: _____
LISA M. RICE
KATIE A. STRICKLIN
AMRIT K. DHALIWAL
Attorneys for Defendant
AUROBINDO PHARMA USA, INC..
erroneously sued as AUROBINDO
PHARMA

# DECLARATION OF AMRIT K. DHALIWAL

I, Amrit K. Dhaliwal, declare as follows:

1. I am an attorney at law duly licensed to practice before all of the courts in the State of California. I am an associate with the law firm of WFBM, LLP, counsel of record for Defendant AUROBINDO PHARMA USA, INC. erroneously sued as AUROBINDO PHARMA, ("Aurobindo"). I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. On August 12, 2019, an action was commenced in the California Superior Court for the County of Los Angeles, Rhonda Guess vs. Aurobindo Pharma, et al., Case No. 19STCV28075. On February 8, 2021, Plaintiff filed a First Amended Complaint ("FAC") against Aurobindo. A true and correct copy of the FAC received by Defendant in the state court action is attached as Exhibit A.

3. Plaintiff served Aurobindo with the FAC and Summons on February 17, 2021 through personal service. A true and correct copy of the Proof of Service of the FAC and Summons on Aurobindo is attached as Exhibit B.

4. Aurobindo was, at the time of filing of the state court action, and still is, a corporation organized under the laws of the State of Delaware, with its principal place of business located at 279 Princetown Hightstown Road, East Windsor, New Jersey 08520.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 18th day of March, 2021, at Orange, California.

*/s/ Amrit K. Dhaliwal*
Amrit K. Dhaliwal

-1-
NOTICE OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT UNDER 28 U.S.C. SECTIONS 1332 and 1441 (DIVERSITY); DECLARATION OF MICHAEL MCCALL

Exhibit A

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Monica Graham, Esq.        SBN 332241<br>Graham Law Firm, LLP<br>3857 Birch St PMB 3097<br>Newport Beach, CA 92660<br>TELEPHONE NO: 949-284-6870      FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional): monica@grahamlawfirm-ca.com<br>ATTORNEY FOR (Name): Plaintiff Rhonda Guess | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS: Same
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Stanley Mosk Courthouse

PLAINTIFF: RHONDA GUESS

DEFENDANT: AUROBINDO PHARMA

[✓] DOES 1 TO 100

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[✓] **AMENDED (Number):** FIRST
Type (check all that apply):
[ ] MOTOR VEHICLE   [ ] OTHER (specify):
[ ] Property Damage   [ ] Wrongful Death
[✓] Personal Injury   [ ] Other Damages (specify):

Jurisdiction (check all that apply):
[ ] **ACTION IS A LIMITED CIVIL CASE**
Amount demanded  [ ] does not exceed $10,000
[ ] exceeds $10,000, but does not exceed $25,000
[✓] **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)**
[ ] **ACTION IS RECLASSIFIED by this amended complaint**
[ ] from limited to unlimited
[ ] from unlimited to limited

CASE NUMBER: 19STCV28075

1. **Plaintiff** (name or names): RHONDA GUESS
   alleges causes of action against **defendant** (name or names):
   AUROBINDO PHARMA USA, INC. erroneously sued as AUROBINDO PHARMA
2. This pleading, including attachments and exhibits, consists of the following number of pages: 5
3. Each plaintiff named above is a competent adult
   a. [ ] **except** plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):
   b. [ ] **except** plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| GUESS VS. AUROBINDO PHARMA | 19STCV28075 |

4. ☐ Plaintiff *(name):*
   is doing business under the fictitious name *(specify):*

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ **except** defendant *(name):* Aurobindo Pharma
      (1) ☐ a business organization, form unknown
      (2) ☑ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   c. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   b. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   d. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☑ Doe defendants *(specify Doe numbers):* 1-50 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☑ Doe defendants *(specify Doe numbers):* 51-100 are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify):*

9. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because *(specify):*

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| GUESS VS. AUROBINDO PHARMA | 19STCV28075 |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
    a. ☐ Motor Vehicle
    b. ☑ General Negligence
    c. ☐ Intentional Tort
    d. ☑ Products Liability
    e. ☐ Premises Liability
    f. ☐ Other *(specify):*

11. Plaintiff has suffered
    a. ☑ wage loss
    b. ☐ loss of use of property
    c. ☑ hospital and medical expenses
    d. ☑ general damage
    e. ☐ property damage
    f. ☑ loss of earning capacity
    g. ☐ other damage *(specify):*

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.
    Damages in the amount of $500,000 and attorney's fees in an amount to be determined at trial.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☑ compensatory damages
       (2) ☑ punitive damages
       The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
       (1) ☐ according to proof
       (2) ☑ in the amount of: $ 500,000

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: February 6, 2021

Monica Graham, Esq.
(TYPE OR PRINT NAME)

▶ *Monica Graham*
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]   **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**   Page 3 of 3

PLD-PI-001(5)

| SHORT TITLE: GUESS V. AUROBINDO PHARMA | CASE NUMBER: 19STCV28075 |
|---|---|

FIRST _____ CAUSE OF ACTION—Products Liability     Page ___4___
      (number)

ATTACHMENT TO   [✓] Complaint   [ ] Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name):* RHONDA GUESS

Prod. L-1. On or about *(date):* 8/8/2019            plaintiff was injured by the following product:
SULFAMETHOXAZOLE (GENERIC FOR BACTRA OR SEPTRA)

Prod. L-2. Each of the defendants knew the product would be purchased and used without inspection for defects. The product was defective when it left the control of each defendant. The product at the time of injury was being
   [✓] used in the manner intended by the defendants.
   [ ] used in the manner that was reasonably foreseeable by defendants as involving a substantial danger not readily apparent. Adequate warnings of the danger were not given.

Prod. L-3. Plaintiff was a
   [ ] purchaser of the product.           [✓] user of the product.
   [ ] bystander to the use of the product.    [ ] other *(specify):*

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:
Prod. L-4.  [✓] **Count One—Strict liability** of the following defendants who
   a. [✓] manufactured or assembled the product *(names):*
      SULFAMETHOXAZOLE
         [✓] Does 1 to 100
   b. [ ] designed and manufactured component parts supplied to the manufacturer *(names):*

         [ ] Does ___ to ___
   c. [ ] sold the product to the public *(names):*

         [ ] Does ___ to ___

Prod. L-5.  [✓] **Count Two—Negligence** of the following defendants who owed a duty to plaintiff *(names):*
      RHONDA GUESS
         [✓] Does 1 to 100

Prod. L-6.  [ ] **Count Three—Breach of warranty** by the following defendants *(names):*

         [ ] Does ___ to ___
   a. [ ] who breached an implied warranty
   b. [ ] who breached an express warranty which was
         [ ] written   [ ] oral

Prod. L-7.  [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
         [ ] listed in Attachment-Prod. L-7 [ ] as follows:

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(5) [Rev. January 1, 2007]
CAUSE OF ACTION—Products Liability
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001(2)

| SHORT TITLE: GUESS V. AUROBINDO PHARMA | CASE NUMBER: 19STCV28075 |
|---|---|

| SECOND | CAUSE OF ACTION—General Negligence | Page 5 |
| (number) | | |

ATTACHMENT TO [x] Complaint   [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* RHONDA GUESS

alleges that defendant *(name):* AUROBINDO PHARMA USA, INC. erroneously sued as AUROBINDO PHARMA

[x] Does   1   to   100

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on *(date):* August 8, 2019

at *(place):* 1802 262nd Street, Unit 149, Lomita, CA 90717

*(description of reasons for liability):*

Defendant Aurobindo Pharma USA, Inc. erroneously sued as Aurobindo Pharma, created, manufactured and distributed a product that caused extreme physical harm to plaintiff and there was a failure to warn, in that there was no warning on the bottle or in a separate medical guide to warn plaintiff of a particular risk for reasons which fell below the acceptance standard of care.

As a direct and proximate result of defendant's conduct, plaintiff suffered severe pain and suffering, memory loss, inability to perform job duties for a certain period of time, plaintiff was hospitalized, and plaintiff continues to experience medical conditions, accordingly.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
www.courts.ca.gov

# Exhibit B



# Notice of Service of Process

**null / ALL**
**Transmittal Number: 22782538**
**Date Processed: 02/18/2021**

| | |
|---|---|
| **Primary Contact:** | Hunter Murdock<br>Aurobindo Pharma U.S.A., Inc.<br>279 Princeton Hightstown Rd<br>East Windsor, NJ 08520-1401 |
| **Entity:** | Aurobindo Pharma U.S.A., Inc.<br>Entity ID Number  3461365 |
| **Entity Served:** | Aurobindo Pharma U.S.A., Inc. |
| **Title of Action:** | Rhonda Guess vs. Aurobindo Pharma |
| **Document(s) Type:** | Summons and Amended Complaint |
| **Nature of Action:** | Product Liability |
| **Court/Agency:** | Los Angeles County Superior Court, CA |
| **Case/Reference No:** | 19STCV28075 |
| **Jurisdiction Served:** | Delaware |
| **Date Served on CSC:** | 02/17/2021 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Monica Graham<br>949-284-0710 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is One City Boulevard West, Fifth Floor, Orange, CA 92868-3677.

On March 18, 2021, I served true copies of the following document(s) described as **NOTICE OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT UNDER 28 U.S.C. SECTIONS 1332 AND 1441 (DIVERSITY); DECLARATION OF AMRIT K. DHALIWAL** on the interested parties in this action as follows:

Monica Graham, Esq.
**GRAHAM LAW FIRM, LLP**
3857 Birch St, PMB 3097
Newport Beach, California 92660
Tel.: (949) 284-6870
monica@grahamlawfirm-ca.com
*Attorney for* **Plaintiff Rhonda Guess**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address adiaz@wfbm.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 18, 2021, at Orange, California.



Anna Diaz

WALSWORTH
ONE CITY BOULEVARD WEST, FIFTH FLOOR
ORANGE, CALIFORNIA 92868-3677
TEL (714) 634-2522 • FAX (714) 634-0686

5505218.1
4453-3.5733