Exhibit A

PLD-PI-001

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
Monica Graham, Esq. SBN 332241
Graham Law Firm, LLP
3857 Birch St PMB 3097
Newport Beach, CA 92660
TELEPHONE NO: 949-284-6870 FAX NO. (Optional):
E-MAIL ADDRESS (Optional): monica@grahamlawfirm-ca.com
ATTORNEY FOR (Name): Plaintiff Rhonda Guess

FOR COURT USE ONLY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS: Same
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Stanley Mosk Courthouse

PLAINTIFF: RHONDA GUESS

DEFENDANT: AUROBINDO PHARMA

☑ DOES 1 TO 100

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

☑ **AMENDED *(Number):*** FIRST

**Type *(check all that apply):***
☐ **MOTOR VEHICLE** ☐ **OTHER *(specify):***
☐ **Property Damage** ☐ **Wrongful Death**
☑ **Personal Injury** ☐ **Other Damages *(specify):***

**Jurisdiction *(check all that apply):***
☐ **ACTION IS A LIMITED CIVIL CASE**
**Amount demanded** ☐ **does not exceed $10,000**
☐ **exceeds $10,000, but does not exceed $25,000**
☑ **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)**
☐ **ACTION IS RECLASSIFIED by this amended complaint**
☐ **from limited to unlimited**
☐ **from unlimited to limited**

CASE NUMBER:
19STCV28075

1. **Plaintiff** *(name or names):* RHONDA GUESS
alleges causes of action against **defendant** *(name or names):*
AUROBINDO PHARMA USA, INC. erroneously sued as AUROBINDO PHARMA
2. This pleading, including attachments and exhibits, consists of the following number of pages: 5
3. Each plaintiff named above is a competent adult
   a. ☐ **except** plaintiff *(name):*
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ a public entity *(describe):*
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify):*
      (5) ☐ other *(specify):*
   b. ☐ **except** plaintiff *(name):*
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ a public entity *(describe):*
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify):*
      (5) ☐ other *(specify):*

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| GUESS VS. AUROBINDO PHARMA | 19STCV28075 |

4. ☐ Plaintiff *(name):*

is doing business under the fictitious name *(specify):*

and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ **except** defendant *(name):* Aurobindo Pharma     c. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown      (1) ☐ a business organization, form unknown
      (2) ☑ a corporation      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*      (5) ☐ other *(specify):*

   b. ☐ **except** defendant *(name):*     d. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*      (5) ☐ other *(specify):*

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☑ Doe defendants *(specify Doe numbers):* 1-50     were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☑ Doe defendants *(specify Doe numbers):* 51-100     are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify):*

9. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because *(specify):*

    **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**    

**PLD-PI-001**

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| GUESS VS. AUROBINDO PHARMA | 19STCV28075 |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   a. ☐ Motor Vehicle
   b. ☑ General Negligence
   c. ☐ Intentional Tort
   d. ☑ Products Liability
   e. ☐ Premises Liability
   f. ☐ Other *(specify):*

11. Plaintiff has suffered
   a. ☑ wage loss
   b. ☐ loss of use of property
   c. ☑ hospital and medical expenses
   d. ☑ general damage
   e. ☐ property damage
   f. ☑ loss of earning capacity
   g. ☐ other damage *(specify):*

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.
   Damages in the amount of $500,000 and attorney's fees in an amount to be determined at trial.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☑ compensatory damages
      (2) ☑ punitive damages
      The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
      (1) ☐ according to proof
      (2) ☑ in the amount of: $ 500,000

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: February 6, 2021

Monica Graham, Esq.
_____
(TYPE OR PRINT NAME)

▶ *Monica Graham*
_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001(5)

| SHORT TITLE:<br>GUESS V. AUROBINDO PHARMA | CASE NUMBER:<br>19STCV28075 |
|---|---|

<u>FIRST</u>         **CAUSE OF ACTION—Products Liability**    Page _____4_____
        (number)

ATTACHMENT TO   ☑ Complaint   ☐ Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name):* RHONDA GUESS

**Prod. L-1.** On or about *(date):* 8/8/2019          plaintiff was injured by the following product:
SULFAMETHOXAZOLE (GENERIC FOR BACTRA OR SEPTRA)

**Prod. L-2.** Each of the defendants knew the product would be purchased and used without inspection for defects. The product was defective when it left the control of each defendant. The product at the time of injury was being
   ☑ used in the manner intended by the defendants.
   ☐ used in the manner that was reasonably foreseeable by defendants as involving a substantial danger not readily apparent. Adequate warnings of the danger were not given.

**Prod. L-3.** Plaintiff was a
   ☐ purchaser of the product.          ☑ user of the product.
   ☐ bystander to the use of the product.       ☐ other *(specify):*

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:

**Prod. L- 4.** ☑ **Count One—Strict liability** of the following defendants who
   a. ☑ manufactured or assembled the product *(names):*
      SULFAMETHOXAZOLE

      ☑ Does 1_____ to 100_____

   b. ☐ designed and manufactured component parts supplied to the manufacturer *(names):*

      ☐ Does _____ to _____

   c. ☐ sold the product to the public *(names):*

      ☐ Does _____ to _____

**Prod. L-5.** ☑ **Count Two—Negligence** of the following defendants who owed a duty to plaintiff *(names):*
   RHONDA GUESS
      ☑ Does 1_____ to 100_____

**Prod. L-6.** ☐ **Count Three—Breach of warranty** by the following defendants *(names):*

      ☐ Does _____ to _____
   a. ☐ who breached an implied warranty
   b. ☐ who breached an express warranty which was
      ☐ written   ☐ oral

**Prod. L-7.** ☐ The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
      ☐ listed in Attachment-Prod. L-7 ☐ as follows:

Page 1 of 1

PLD-PI-001(2)

| SHORT TITLE:<br>GUESS V. AUROBINDO PHARMA | CASE NUMBER:<br>19STCV28075 |
| --- | --- |

SECOND _____    **CAUSE OF ACTION—General Negligence**    Page 5 ___
  (number)

ATTACHMENT TO [x] Complaint   [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):*  RHONDA GUESS

alleges that defendant *(name):*  AUROBINDO PHARMA USA, INC. erroneously sued as AUROBINDO PHARMA

[x] Does   1 _____   to   100 _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant
negligently caused the damage to plaintiff

on *(date):* August 8, 2019

at *(place):* 1802 262nd Street, Unit 149, Lomita, CA 90717

*(description of reasons for liability):*

Defendant Aurobindo Pharma USA, Inc. erroneously sued as Aurobindo Pharma, created, manufactured and distributed a
product that caused extreme physical harm to plaintiff and there was a failure to warn, in that there was no warning on the
bottle or in a separate medical guide to warn plaintiff of a particular risk for reasons which fell below the acceptance
standard of care.

As a direct and proximate result of defendant's conduct, plaintiff suffered severe pain and suffering, memory loss, inability to
perform job duties for a certain period of time, plaintiff was hospitalized, and plaintiff continues to experience medical
conditions, accordingly.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
*www.courts.ca.gov*