# Exhibit B



# Notice of Service of Process

**null / ALL**
**Transmittal Number: 22782538**
**Date Processed: 02/18/2021**

| | |
|---|---|
| **Primary Contact:** | Hunter Murdock<br>Aurobindo Pharma U.S.A., Inc.<br>279 Princeton Hightstown Rd<br>East Windsor, NJ 08520-1401 |
| **Entity:** | Aurobindo Pharma U.S.A., Inc.<br>Entity ID Number  3461365 |
| **Entity Served:** | Aurobindo Pharma U.S.A., Inc. |
| **Title of Action:** | Rhonda Guess vs. Aurobindo Pharma |
| **Document(s) Type:** | Summons and Amended Complaint |
| **Nature of Action:** | Product Liability |
| **Court/Agency:** | Los Angeles County Superior Court, CA |
| **Case/Reference No:** | 19STCV28075 |
| **Jurisdiction Served:** | Delaware |
| **Date Served on CSC:** | 02/17/2021 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Monica Graham<br>949-284-0710 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com